[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 12-10551
Non-Argument Calendar

_____

D.C. Docket No. 3:11-cr-00079-MMH-TEM-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ELMARIO DESHAWN CLAY,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(October 24, 2012)

Before DUBINA, Chief Judge, CARNES and FAY, Circuit Judges.

PER CURIAM:

Ronald W. Maxwell, appointed counsel for Elmario Deshawn Clay in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Clay's convictions and sentences are **AFFIRMED**.